# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ELVIN VICTORIAN JOHNSON,

    Plaintiff,

v.

ASURION, LLC, *et al.*,

    Defendants.

Case No. 2:23-cv-01331-RFB-NJK

**ORDER**

[Docket No. 18]

Pending before the Court is the parties' proposed discovery plan.  Docket No. 18.  The discovery period is calculated from the date the first defendant answers or otherwise appears in this case.  Local Rule 26-1(b)(1).  In this case, that date is September 21, 2023.  Docket No. 8.  The parties' proposed discovery deadlines, however, are improperly measured from November 9, 2023.  Docket No. 18 at 3.  Therefore, the parties' proposed discovery plan does not comply with the Local Rules.

Accordingly, the parties' proposed discovery plan is **DENIED** without prejudice.  Docket No. 18.  The parties must file a joint proposed discovery plan that fully complies with the Local Rules by December 1, 2023.

IT IS SO ORDERED.

Dated: November 28, 2023

_____

Nancy J. Koppe
United States Magistrate Judge

1