UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELVIN VICTORIAN JOHNSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>ASURION, LLC,<br><br>    Defendant(s). | Case No. 2:23-cv-01331-RFB-NJK<br><br>**Order**<br><br>[Docket No. 37] |

Pending before the Court is a request to substitute attorneys that does not list an attorney being substituted out of the case. Docket No. 37. The Court hereby SETS a telephonic hearing for 2:00 p.m. on May 8, 2024. Counsel must appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: May 7, 2024

                                                  Nancy J. Koppe<br>                                                United States Magistrate Judge