```
Karyn M. Taylor
Nevada State Bar No. 6142
Luke W. Molleck
Nevada State Bar No. 14405
LITTLER MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, Nevada 89169.5937
Tel: 775.348.4888
kmtaylor@littler.com
lmolleck@littler.com
```

*Attorneys for Asurion, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELVIN VICTORIAN JOHNSON<br><br>Plaintiff,<br><br>v.<br><br>ASURION, LLC, ROE Business Organizations 1-50; and DOE Individuals 1-50, inclusive<br><br>Defendants. | CASE NO.: 2:23-cv-01331-RFB-NJK<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT ASURION, LLC** |

Pursuant to Local Rule IA 11-6(c), the undersigned counsel stipulate and agree to substitute Karyn M. Taylor and Luke W. Molleck of the law firm of Littler Mendelson, P.C., as counsel of record for Defendant ASURION, LLC, in the place of withdrawing counsel, Richard I. Dreitzer, of the law firm of Fennemore Craig, P.C., and Felton T. Newell of the law firm of Newell Law Group PC.

///

///

///

The stipulation is executed by the represented client, the withdrawing counsel, and newly appearing counsel.

Dated this 11th day of June, 2024.

By: _____
YANIKA C. SMITH-BARTLEY, ESQ.
ASURION, LLC

Print: <u>Yanika C. Smith-Bartley, Esq.</u>

I consent to the above substitution.

Dated this 13th day of June, 2024.

FENNEMORE CRAIG, P.C.

*/s/ Richard I. Dreitzer, Esq.*
RICHARD I. DREITZER, ESQ.

*Attorneys for Defendant*
ASURION, LLC

I consent to the above substitution.

Dated this 13th day of June, 2024.

NEWELL LAW GROUP PC

*/s/ Felton T. Newell, Esq.*
FELTON T. NEWELL, ESQ.

*Attorneys for Defendant*
ASURION, LLC

2

I am duly admitted to practice in this District and accept the above substitution.

Dated this 13th day of June, 2024.

LITTLER MENDELSON, P.C.

*/s/ Karyn M. Taylor, Esq.*
KARYN M. TAYLOR, ESQ.
LUKE W. MOLLECK, ESQ.

*Attorneys for Defendant*
ASURION, LLC

### **ORDER**

Having reviewed and approved the Stipulation for Substitution of Counsel, IT IS HEREBY GRANTED.

Dated: June 14, 2024

_____
UNITED STATES MAGISTRATE JUDGE

4875-6436-0903.1 / 087148-1050

3