# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ELVIN VICTORIAN JOHNSON,

    Plaintiff,

v.

ASURION, LLC,

    Defendant.

Case No. 2:23-cv-01331-RFB-NJK

**Order**

[Docket No. 52]

Pending before the Court is the parties' stipulation to continue the settlement conference set for May 1, 2025, Docket No. 52, which is **GRANTED**. The settlement conference is hereby **CONTINUED** to 10:00 a.m. on May 12, 2025. Settlement statements must be submitted by 3:00 p.m. on May 5, 2025. The joint pretrial order deadline is extended to May 19, 2025. *See* Docket No. 47. All other requirements set forth in the Court's order at Docket No. 49 continue to apply.

IT IS SO ORDERED.

Dated: April 25, 2025

                                                             Nancy J. Koppe
                                                              United States Magistrate Judge