Karyn M. Taylor
Nevada State Bar No. 6142
LITTLER MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, Nevada 89169.5937
Tel: 775.348.4888
kmtaylor@littler.com

*Attorneys for Asurion, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELVIN VICTORIAN JOHNSON<br><br>Plaintiff,<br><br>v.<br><br>ASURION, LLC, ROE Business Organizations 1-50; and DOE Individuals 1-50, inclusive<br><br>Defendants. | CASE NO.: 2:23-cv-01331-RFB-NJK<br><br>**ORDER TO EXTEND THE DEADLINE FOR THE JOINT PRETRIAL ORDER**<br><br>**[FIRST REQUEST]** |

  Plaintiff ELVIN VICTORIAN JOHNSON and Defendant ASURION, LLC, by and through their undersigned counsel hereby stipulate and agree to extend the time for the parties to file the Joint Pretrial Order from the current deadline of May 19, 2025, up to and including **June 16, 2025**.

  This request for an extension is necessary because the parties need additional time to review the file and prepare the appropriate disclosures and information necessary to include in the joint pretrial order. The parties are requesting the additional time to account for the Memorial Day holiday, to account for the time that the parties have allocated to the recent settlement conference, and to account for other competing deadlines. Further, former counsel for Defendant, Luke Molleck, has transitioned out of Littler Mendelson, and Defendant will need time to staff a new Associate on this matter.

LITTLER MENDELSON P.C.
200 S. Virginia Street
8th Floor
Reno, Nevada 89169.5937
775.348.4888

4915-6033-6697.1 / 087148.1050

1    This is the first request for an extension of this deadline, and it is sought in good faith and
2    not for the purpose of delay.
3
4    **IT IS SO STIPULATED.**
5    Dated this 14th day of May, 2025.
6    LITTLER MENDELON, P.C.                          SANTOS LAW, PLLC
7
8     /s/ Karyn M. Taylor, Esq.                       /s/ Theresa M. Santos, Esq.
9    Karyn M. Taylor                                 Cory A. Santos, Sr., Esq.
     Nevada State Bar No. 6142                       Theresa M. Santos, Esq.
10   LITTLER MENDELSON, P.C.                         SANTOS LAW, PLLC
     200 S. Virginia Street                          241 Ridge Street, Suite 340
11   8th Floor                                       Reno, NV 89501
     Reno, Nevada 89169.5937                         Cory@santoslawoffices.com
12   Tel: 775.348.4888                               Tsantos@santoslaw.attys.pro
13   kmtaylor@littler.com
     *Attorneys for Asurion, LLC*                    Attorneys for Plaintiff
14                                                   *Elvin Victorian Johnson*
15
16                                                   **IT IS SO ORDERED.**
17                                                   Dated: May 15, 2025
18
19
20                                                   _____
                                                     United States Magistrate Judge
21
22
23
24
25
26
27
28

LITTLER MENDELSON P.C.
200 S. Virginia Street
8th Floor
Reno, Nevada 89169.5937
775.348.4888

2

4915-6033-6697.1 / 087148.1050