Karyn M. Taylor
Nevada State Bar No. 6142
Taylor A. Buono
Nevada State Bar No. 15513
LITTLER MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, Nevada 89169.5937
Tel: 775.348.4888
kmtaylor@littler.com
tbuono@littler.com

*Attorneys for Asurion, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELVIN VICTORIAN JOHNSON<br><br>Plaintiff,<br><br>v.<br><br>ASURION, LLC, ROE Business Organizations 1-50; and DOE Individuals 1-50, inclusive<br><br>Defendants. | CASE NO.: 2:23-cv-01331-RFB-NJK<br><br>**ORDER TO EXTEND THE DEADLINE FOR THE JOINT PRETRIAL ORDER**<br><br>**[SECOND REQUEST]** |

Plaintiff ELVIN VICTORIAN JOHNSON and Defendant ASURION, LLC, by and through their undersigned counsel hereby stipulate and agree to extend the time for the parties to file the Joint Pretrial Order from the current deadline of June 16, 2025, up to and including **July 16, 2025**.

This request for an extension is necessary because the parties wish to fully pursue settlement negotiations.

///

///

///

///

///

4915-6033-6697.2 / 087148.1050

This is the second request for an extension of this deadline, and it is sought in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated this 9th day of June, 2025.

| LITTLER MENDELON, P.C. | SANTOS LAW, PLLC |
|---|---|
| */s/ Karyn M. Taylor* | */s/ Theresa M. Santos* |
| Karyn M. Taylor | Cory A. Santos, Sr., Esq. |
| Nevada State Bar No. 6142 | Theresa M. Santos, Esq. |
| Taylor A. Buono | SANTOS LAW, PLLC |
| Nevada State Bar No. 15513 | 241 Ridge Street, Suite 340 |
| LITTLER MENDELSON, P.C. | Reno, NV 89501 |
| 200 S. Virginia Street | Cory@santoslawoffices.com |
| 8th Floor | Tsantos@santoslaw.attys.pro |
| Reno, Nevada 89169.5937 | |
| Tel: 775.348.4888 | Attorneys for Plaintiff |
| kmtaylor@littler.com | *Elvin Victorian Johnson* |
| tbuono@littler.com | |
| *Attorneys for Asurion, LLC* | |

**IT IS SO ORDERED.**

**Dated:** June 10, 2025 _____

_____
United States Magistrate Judge

4915-6033-6697.2 / 087148.1050