1  Karyn M. Taylor, Esq.
   Nevada State Bar No. 6142
2  LITTLER MENDELSON, P.C.
   200 S. Virginia Street
3  8th Floor
   Reno, Nevada 89501.1944
4  Tel: 775.348.4888
   kmtaylor@littler.com
5
   Taylor A. Buono, Esq.
6  Nevada State Bar No. 15513
   LITTLER MENDELSON, P.C.
7  8474 Rozita Lee Avenue, Suite 200
   Las Vegas, Nevada 89113.4770
8  Tel:  702.862.8800
   tbuono@littler.com
9
   Attorneys for Defendant
10 ASURION, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ELVIN VICTORIAN JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>ASURION, LLC, ROE Business Organizations 1-50; and DOE Individuals 1-50, inclusive<br><br>Defendants. | Case No: 2:23-cv-01331-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
|---|---|

      Plaintiff ELVIN VICTORIAN JOHNSON ("Plaintiff") and Defendant ASURION, LLC ("Defendant") (collectively, the "Parties"), hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice.

      The Parties have reached an agreement to resolve this action. The Parties submit the instant Stipulation pursuant to their agreement for resolution. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an

award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Accordingly, the Parties respectfully request the Court grant the instant Stipulation, dismiss the action with prejudice and close the case.

| | |
|---|---|
| Dated: August 22, 2025 | Dated: August 22, 2025 |
| LITTLER MENDELON, P.C. | SANTOS LAW, PLLC |
| /s/ Taylor A. Buono | /s/ Theresa M. Santos |
| Karyn M. Taylor, Esq.<br>Taylor A. Buono, Esq. | Cory A. Santos, Sr., Esq.<br>Theresa M. Santos, Esq.<br>SANTOS LAW, PLLC |
| Attorneys for Defendant<br>ASURION, LLC | Attorneys for Plaintiff<br>ELVIN VICTORIAN JOHNSON |

**IT IS SO ORDERED.**

DATED: August 25, 2025

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON P.C.
200 S. Virginia Street
8th Floor
Reno, Nevada 89501.1944
775.348.4888

4910-4781-0656